UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------X

UNITED STATES OF AMERICA,

-v-

LUIS DE OLEO GUZMAN

        Defendant.

------------------------------------------------X

19 Cr. 653 (RA)

ORDER

USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 1/10/20

RONNIE ABRAMS, District Judge:

In light of Luis de Oleo Guzman's acceptance into the Young Adult Opportunity Program and his and the Government's joint consent to exclude time under the Speedy Trial Act to allow for participation in such Program, time is excluded pursuant to 18 U.S.C. § 3161(h)(7)(A) to July 9, 2021.

Dated:     January 10, 2020
             New York, New York

                                             RONNIE ABRAMS
                                   United States District Judge